# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00269-CV

**Paul Tovar, Appellant**

**v.**

**Premier Capital, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-03-000454, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Paul Tovar has filed Appellant's Motion to Voluntarily Dismiss Appeal Due to Agreement to Settle and Compromise. He certifies that Premier Capital, LLC has agreed to and does not oppose his motion. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   October 22, 2008